**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6224**

TERON H. JACKSON,

Petitioner - Appellant,

v.

WARDEN LEWIS,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Mary G. Lewis, District Judge. (5:18-cv-03469-MGL)

Submitted: June 20, 2019                    Decided: June 25, 2019

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Teron H. Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teron H. Jackson appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2254 (2012) petition for failure to comply with a court order directing him to pay the required filing fee or file an in forma pauperis application.[*] We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Jackson v. Lewis*, No. 5:18-cv-03469-MGL (D.S.C. Jan. 22, 2019). We deny a certificate of appealability as unnecessary. *See Harbison v. Bell*, 556 U.S. 180 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We conclude that the district court's order is final and appealable because the defect identified by the district court must be cured by something more than an amendment to the allegations in the § 2254 petition. *See Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623-24 (4th Cir. 2015).

2